D570BOLS                    Sentence

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4              v.                              09 CR 1239

5   J. CHARLES BOLOGNA,

6              Defendant.

7   ------------------------------x

8                                    New York, N.Y.
                                     May 7, 2013
9                                    2:30 p.m.

10

11

    Before:
12
                      HON. P. KEVIN CASTEL,
13
                                     District Judge
14

15                      APPEARANCES

16  PREET BHARARA
         United States Attorney for the
17       Southern District of New York
    MIRIAM ROCAH
18  DANIEL S. GOLDMAN
    Assistant United States Attorneys
19
    ANDREW PATEL
20  Attorney for Defendant

21

22  Present: Victor Bruno
             (Victim Impact Statement)
23

24

25

D570BOLS                         Sentence

1                    (In open court; defendant present)

2                    THE DEPUTY CLERK:  All rise.

3                    THE COURT:  Please be seated.

4                    THE DEPUTY CLERK:  United States v. J. Charles

5        Bologna.   Government ready?

6                    MS. ROCAH:  Miriam Rocah and Daniel Goldman for the

7        government.

8                    THE COURT:  Good afternoon, Ms. Rocah, and

9        Mr. Goldman.

10                   MR. PATEL:  Good afternoon, Andrew Patel for Mr.

11       Bologna.

12                   THE COURT:  Good afternoon mr. Patel.  And good

13       afternoon, Mr. Bologna.

14                   I'm going to go through the materials that I have, and

15       the question will be do I have everything that I should have.

16                   MR. PATEL:  Very good.

17                   THE COURT:  I have a presentence report,

18       recommendation, and addendum approved by Probation on

19       April 18th, 2013.  I have a memorandum from the government,

20       which does not have a date on it, but it is 33 pages in length.

21       And I have a letter from you, with attachment, dated May 1,

22       2013, including the letter from the defendant's daughter.

23                   Do I have everything I should have?

24                   MR. PATEL:  I believe you do, your Honor.

25                   THE COURT:  All right.  Has the defendant, in fact,

D570BOLS                        Sentence

```
 1   read, reviewed, and discussed with you the foregoing materials?

 2             MR. PATEL:  Yes.

 3             THE COURT:  Does the defendant have any objections to

 4   the facts set forth in the presentence report?

 5             MR. PATEL:  No, your Honor.

 6             THE COURT:  Does the defendant have any objections to

 7   the facts set forth in the government's sentencing memorandum?

 8             MR. PATEL:  No -- nothing, no significant objections,

 9   your Honor.

10             THE COURT:  Okay.

11             Ms. Rocah, do I have everything I should have?

12             MS. ROCAH:  I believe so, your Honor; yes.

13              MR. PATEL:  Does the government have any objections

14   to the facts set forth in the presentence report?

15             MS. ROCAH:  No.

16             THE COURT:  Mr. Patel, does the defendant have any

17   objections to the guidelines calculations set forth in the

18   presentence report?

19             MR. PATEL:  No, your Honor.

20             THE COURT:  All right.  Let me inquire, before I hear

21   from Mr. Patel -- which would be the next order of business --

22   let me inquire -- and maybe I'm going to get the answer from

23   the presentence report.  Am I correct, and is probation

24   correct, that no count of conviction carries a mandatory term,

25   a mandatory minimum?
```

D570BOLS                    Sentence

1              MS. ROCAH:  That is correct, your Honor.

2              THE COURT:  Okay.  All right.  Mr. Patel, I will give

3     you an opportunity to speak on behalf of the defendant,

4     followed by which I'll give the defendant a chance to speak.

5              MR. PATEL:  Your Honor, I think there is no one more

6     aware of the results of Mr. Bologna's cooperation than your

7     Honor.  You sat through two trials that are largely the result

8     of his work.  The government's letter indicates that his

9     cooperation falls short of that which is required for a 5K

10    letter.  And, yet, the benefit to the government and to society

11    at large for Mr. Bologna's cooperation are well established.

12             His cooperation, in a certain sense, still continues.

13    The FBI continues to call him, check on facts, ask him

14    questions, phone calls.  He continues to do what he has done.

15             Your Honor, your Honor is aware from the presentence

16    report and my letter, that Mr. Bologna is neither young nor

17    well.  And so I would ask your Honor to vary from the

18    guidelines and impose a sentence that will allow him to return

19    soon to his family, specifically his son-in-law who is the

20    husband of the daughter, Tara, who wrote the letter to your

21    Honor.  And it is Mr. Bologna's intention to go live with them

22    and their children.  And I would also like to introduce Mr.

23    Bologna's daughter, Kim, and her friend Suzanne, who are here

24    today to show their support.

25             As I said in the beginning, there is really no one who

D570BOLS                    Sentence

1    knows the success of Mr. Bologna's cooperation better than your

2    Honor, having had two trials conducted in this very courtroom.

3    He was not called as a witness, but he was there every day.

4            THE COURT:  Well, Mr. Patel, the truth is, I know a

5    lot about his cooperation from presiding about these two

6    trials.  I would disclaim knowing best.  But I know a lot.

7            Thank you.

8            MR. PATEL:  Your Honor, unless your Honor has any

9    questions, I would just ask you to impose a sentence that

10   allows him to return to his family.  He will continue working

11   with the Bureau whenever he is needed.  And I think that is a

12   fair and just sentence and complies with the requirements of.

13   18 U.S.C. 3553(a), in that as I mentioned in my letter, he can

14   never return to the life he led before.

15           THE COURT:  Thank you.

16           MR. PATEL:  Thank you.

17           THE COURT:  Mr. Bologna, this is your opportunity to

18   speak, to address the Court directly, to bring to my attention

19   any facts or circumstances that you believe I should take

20   account of in passing sentence upon you today.

21           If there is anything you wish to say, this is the time

22   to say it.

23           MR. PATEL:  Your Honor, Mr. Bologna did prepare a

24   short statement.  May I ask that he be able to read his

25   statement from his chair?

D570BOLS                           Sentence

1              THE COURT:  Granted.

2              MR. PATEL:  Thank you very much, your Honor.

3              THE COURT:  Granted.

4              THE DEFENDANT:  Your Honor, could you hear me?

5         I'm a 72 year old man.  I look back on my life and

6    have a lot of regrets.  I was a good father to my children.

7    And I was always faithful to my wife.  I never carried a gun.

8    And I was never violent.  I feel terrible for the victim and

9    his family.  To them, I am sorry, truly.  Tried to do the right

10   thing by coming to the government, voluntarily.  I want to make

11   good for the bad.

12        I, since I have been in prison, I have had strokes, I

13   am a diabetic, I have prostate cancer, and I have a number of

14   different ailments.  Being sick in prison is torture, every day

15   I died a thousand deaths.

16        In that life I was always a money guy, but here, I got

17   involved with violent guys who did real bad things.  I feel

18   horrible about it.  And my conscience bothers me every day for

19   all of this.

20             I am sorry and ask for your mercy.

21             THE COURT:  Thank you, Mr. Bologna.

22             This is the government's opportunity to speak.

23             MS. ROCAH:  Your Honor, before that, I believe Victor

24   Bruno is here and would like to address the court.

25             THE COURT:  All right, Mr. Bruno, come on up.

D570BOLS                    Sentence

1          MR. BRUNO:  Thank you, your Honor.

2          THE COURT:  The record should reflect that you have

3     appeared before me on prior occasions.

4          MR. BRUNO:  Yes, I have.

5          THE COURT:  In connection with sentencing of other

6     defendants.

7          MR. BRUNO:  Yes.

8          And I want to apologize, in advance for the things I'm

9     about to say, to John Bologna's family, his daughters.  I know

10    he spoke highly of them in my presence when we were younger,

11    10 years ago.

12         And I just want to say that, you know, in light of my

13    observation, well during the past trials, and the past

14    witnesses that you sentenced, you know, I don't feel that my

15    impact statement did any good.  I mean you gave the guy that

16    helped murder my father, with this man, and Anthony Arillota,

17    you gave him five years, time served, 4 years time served.

18         THE COURT:  Mr. Bruno, this opportunity is for you to

19    speak on the subject of the appropriate sentence and the impact

20    of the crimes of Mr. Bologna on you.

21         MR. BRUNO:  Okay.

22         THE COURT:  It is not an opportunity for you to

23    express your viewpoint on prior sentencing decisions made by

24    this Court.

25         MR. BRUNO:  Okay.  So, I apologize, your Honor.

D570BOLS                    Sentence

1                THE COURT:  That's quite all right.

2                MR. BRUNO:  Okay.  So I had the opportunity to read

3       over the notes and the testimony and the government's

4       memorandum, presentencing report of John Bologna.

5                In these reports that I have went through, and the

6       notes of Anthony Arillota, and Felix Tranghese, and the other

7       defendants, John Bologna and Anthony Arillota were the

8       masterminds.  They came, John Bologna came to Springfield with

9       the same idea that Anthony had:  Let's take over.  Let's take

10      Bruno out.  You know.  And what I really don't get is his 302

11      reports to his handler, from 2001 in his first arrival to

12      Springfield, how he describes the landscape, and this, and

13      that, about everything in Springfield.  But, yet, he is allowed

14      to do whatever he wants.  It is almost like he wore two hats,

15      he was a gangster and then he reported to his handler whatever

16      he felt was necessary.

17               You know, did anyone ever check with John Bologna

18      about his information status, talk about his murder plots?  His

19      mishandling ultimately led to my father's death.  Did the FBI,

20      did the Division of Inspection ever audit the New Jersey office

21      that handled John Bologna about his crimes he was committing

22      since 1996?  Did anyone ever review the 302 reports since his

23      first visit to Springfield, 2001?

24               Well, I have.  And I just can't see how it was missed.

25      My father was a decent man.  No narcotics.  He cared about his

D570BOLS                    Sentence

1    community.  He cared about his family.  Yes, he was in that

2    life.  For whatever reason.  But, he was a good man.  He was my

3    father and I loved him.

4           I don't feel sorry, like Mr. Patel said John Bologna

5    is sick, he is dying, and whatever.  My kids will never see my

6    father again.  This has impacted me like I cannot describe to

7    you over the last 10 years.

8           And I have no remorse for Mr. Bologna.  John Bologna

9    deserves life for what he has done.  And I'm sure that there is

10   a lot more that he neglected to tell the government in his

11   lies.  His greed.  And to want to be a gangster with Anthony

12   Arillota, as they made a great team.  They were cut from the

13   same cloth.

14          So for him to ask for mercy or leniency after doing

15   what he has done to my father, it's a disgrace.

16          Thank you, your Honor.

17          THE COURT:  Thank you, Mr. Bruno.

18          This is the government's opportunity to speak.

19          MS. ROCAH:  Your Honor, obviously Mr. Bologna is a

20   mixed bag.  I think we have detailed both sides of that in the

21   letter.  And, obviously, we're happy to answer any questions

22   you have, but I think we'll rely on the letter.

23          We have not moved for a 5K1 motion, but we have I

24   guess requested, or agreed to -- for a below-guidelines

25   sentence, albeit still a substantial sentence based on all the

D570BOLS                    Sentence

1    factors together.

2                    THE COURT:  Thank you, Ms. Rocah.

3              This is the Court's statement of reasons for the

4    sentence to be imposed on John Bologna.

5              In sentencing the defendant, I have considered all of

6    the materials referenced at the outset of this proceeding.  I

7    have also considered the statements of Mr. Patel, and Ms. Rocah

8    this afternoon, as well as the statement of Mr. Bologna.  And

9    the statement of Mr. Bruno, who is the son of Adolfo Bruno, who

10   was the victim of a murder, one of the substantive RICO acts to

11   which Mr. Bologna has entered a plea of guilty to, at least

12   RICO substantive, including conspiracy to murder Adolfo Bruno.

13             I have considered all of the factors set forth in

14   Section 3553(a), I need not recount all that I have considered,

15   but I will mention some of it.

16             First of all, to go through the crimes that Mr.

17   Bologna has entered a plea of guilty to RICO conspiracy, RICO

18   substantive -- that is count two -- with a number, six

19   specified racketeering acts; conspiracy to murder Adolfo Bruno

20   conspiracy to extort and extortion of James Santiello;

21   loansharking in connection with James Downey; operating an

22   illegal gambling business in Massachusetts and in New York; and

23   interstate travel in aid of racketeering.

24             Count three.  Entered a plea of guilty to conspiring

25   to murder Adolfo Bruno in aid of racketeering.

D570BOLS                          Sentence

1            Count four, Interstate travel in aid of racketeering.

2            Counts five and six, extortion and extortion

3       conspiracy.

4            Counts seven and eight, loansharking.

5            And count nine, operating an illegal gambling

6       business.

7            Mr. Bologna, is not being sentenced today for his life

8       of crime, but he has led a life of crime.  Going back to

9       running a substantial gambling operation and working with the

10      Gambino crime family, to his more recent activities beginning

11      around 1999 with the Genovese crime family.

12            And Mr. Bologna was never a made member of the

13      Genovese crime family, but as I came to learn through two

14      trials, he was the right-hand man to Arthur Nigro, who was in a

15      leadership position in the Genovese family.  And Bologna helped

16      Nigro exert control.  And Bologna would travel to Springfield

17      to communicate directions, to make inquiries, and to have a

18      basis to advise Arthur Nigro on the activities of the

19      Springfield crew.

20            Nigro urged -- was urged to induct Anthony Arillota

21      into the Genovese family, and to push Bruno to the side by

22      Bologna.

23            So Bologna was an important figure in supervising the

24      Springfield operation for Arthur Nigro.

25            Bologna did not give the order on the murder of Bruno,

1    and did not play a role in the planning of the murder, but he

2    did follow up to make sure that the order was carried out.

3          Bologna had been a witness, or confidential witness I

4    guess working with the FBI at earlier points in time.  But he

5    began proactively cooperating with regard to his Genovese and

6    Nigro related activities in or about October 2007.

7          He attended 11 proffer sessions with the government

8    between October '07 and December '09, and gave important

9    information to the government regarding the Bruno murder and

10   the participation of others in that murder.

11         He also engaged in consensually recorded phone calls

12   and wore a wire in having 100 calls and/or meetings with

13   assorted targets that were consensually recorded.

14         His consensual recordings were an important part of

15   the case against Louis Cherico.  They were a part of, and I

16   would say significant, in the case against Arthur Nigro.  And

17   certainly cannot discount that his cooperation brought down

18   others, as well.

19         The defendant was not candid and open in his

20   conversations with the government.  Leaving out events, in one

21   instance, to cover for a family member.  Minimizing his role in

22   various crimes.  Failing to disclose important information

23   about the Dadabhai shooting.  And his nondisclosures included

24   some instances of what could be excused as bad recollection or

25   misrecollection, but other important and significant instances

1   of deliberately withholding.

2          The government has not made a 5K1.1 type application,

3   but it says in its memorandum because of Bologna's substantial

4   assistance, the government does not oppose a sentence somewhere

5   below the advisory guidelines in this case.

6          Defendant's cooperation led to pleas, early pleas of

7   Steve Alfisi, Mark Cairo, James and George Coumoutso.  So there

8   was a benefit from it.

9          There is not a whole lot to be said about his life

10  outside of the criminal arena, other than to note that he is a

11  father who has children who have stood by him.

12         He has a number of serious physical ailments,

13  including prostate cancer, right knee damage, Type II diabetes,

14  and a recent history of mini strokes.

15         Knowing what the right answer in this case is, is not

16  an easy task.  The guidelines -- while the statutory maximums

17  on counts one, two, five -- one, two, and five through eight,

18  are up to 20 years on each count, up to 10 years on

19  count three, and up to five years on counts four and nine.  The

20  guideline range in this case is between 292 and 365 months

21  imprisonment.

22         The defendant has spent 30 months in prison.

23         Based upon all of the surrounding circumstances, I

24  conclude that a sentence of 96 months imprisonment is

25  sufficient, but not greater than necessary, to achieve the

D570BOLS                        Sentence

1    purposes of Section 3553(a), together with one year supervised

2    release and a special assessment of $900.

3              Does the defendant have any objection to the Court's

4    proposed sentence or its statement of reasons for that

5    sentence?

6              MR. PATEL:  No, your Honor, thank you.

7              THE COURT:  Same question for the government.

8              MS. ROCAH:  No, your Honor.

9              THE COURT:  All right.

10             The defendant will please stand -- he can remain

11   seated, I take that back -- and the Court will impose sentence.

12             John Bologna, it is the judgment of this Court that

13   you are hereby remanded to the custody of the United States

14   Bureau of Prisons to be imprisoned for 96 months, as follows:

15             96 months on counts one, two, three, five, six, seven,

16   and eight to run concurrently with 60 months on counts four,

17   and nine.

18             Following release from imprisonment, you shall be

19   placed on supervised release for a period of one year on counts

20   one through nine, to run concurrently, with the following terms

21   and conditions:

22             You shall not commit another federal, state, or local

23   crime; nor illegally possess a controlled substance; nor

24   possess a firearm or destructive device.  The mandatory drug

25   testing conditions are suspended based on the Court's

1   determination that you possess a low risk of future substance

2   abuse.

3           You shall cooperate in the collection of DNA as

4   directed by the probation officer.

5           Standard conditions 1 through 13 are imposed with the

6   following special conditions:

7           You shall submit your person, residence, place of

8   business, vehicle, or any other premises under your control to

9   a search on the basis that the probation officer has reasonable

10  belief that contraband or evidence of a violation of supervised

11  release may be found.

12          The search must be conducted at a reasonable time and

13  in a reasonable manner.  Failure to submit to a search may be

14  grounds for revocation.  Other residents must be informed of

15  this condition.

16          Is the government seeking forfeiture in this case?

17          MS. ROCAH:  No, your Honor.

18          THE COURT:  Okay.  The defendant shall report to the

19  nearest probation office within 72 hours of release from

20  custody.  The defendant may be supervised in the District of

21  his residence.

22          The defendant shall pay to the United States a special

23  assessment of $900, which shall be due immediately.

24          Based on limited assets, limited earning ability, the

25  fine is waived in this case.

D570BOLS                    Sentence

1            Mr. Bologna, you have the right to appeal the Court's

2    sentence in this case.  If you cannot afford the costs of an

3    appeal, you may apply for leave to appeal as a poor person.

4    The time limits for filing a notice of appeal are brief and

5    they are strictly enforced.  If you request, the Clerk of Court

6    will prepare and file a notice of appeal on your behalf

7    immediately.

8            Do you understand all of that?

9            MR. BRUNO:  Yeah.

10           THE COURT:  All right.

11           Let me hear from Mr. Patel.  Sir?

12           MR. PATEL:  Your Honor, I was just -- I have nothing

13   to add.

14           Your Honor, if I could just speak with the government

15   about --

16           THE COURT:  Yes.

17           (Pause)

18           MR. PATEL:  Thank you, your Honor.

19           THE COURT:  Okay.  With regard to surrender, I'm going

20   to set a surrender date in this case about six weeks out.

21           MR. PATEL:  Your Honor --

22           MS. ROCAH:  He is in custody.

23           THE COURT:  Oh, he is in custody.

24           MS. ROCAH:  Uh-huh.

25           THE COURT:  Okay.  Then unnecessary.

D570BOLS                      Sentence

1               So the defendant is remanded.

2               Anything further from the government?

3               MS. ROCAH:  No, your Honor.

4               THE COURT:  Anything further from the defendant?

5               MR. PATEL:  No.  Thank you, your Honor.

6               THE COURT:  All right.  This may be the last

7       sentencing associated with this case.

8               Mr. Goldman, is there anything else coming up?

9               MR. GOLDMAN:  Yes, there is.

10              THE COURT:  Okay, we'll leave it at that then.

11              Okay, then we're adjourned.  Thank you all very much.

12              MR. PATEL:  Thank you, your Honor.

13              (Adjourned)

14

15

16

17

18

19

20

21

22

23

24

25